# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Glass, Lewis & Co., LLC,**<br>*Plaintiff*<br><br>**v.**<br><br>**Ken Paxton,** ***in his Official Capacity as Attorney General of Texas,***<br>*Defendant*<br><br>**The Texas Stock Exchange LLC and The Texas Association of Business,**<br>*Intervenor-Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:25-cv-01153-ADA** |
| **Institutional Shareholder Services Inc.,**<br>*Plaintiff*<br><br>**v.**<br><br>**Ken Paxton,** ***in his Official Capacity as Attorney General of Texas,***<br>*Defendant*<br><br>**The Texas Stock Exchange LLC and The Texas Association of Business,**<br>*Intervenor-Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:25-cv-01160-ADA** |

## ORDER

Before the Court is Defendant's Opposed Expedited Motion for Protective Order and to Stay Rule 30(b)(6) Deposition, filed October 9, 2026 (Dkt. 101 in Case No. 1:25-cv-01153-ADA).[1]

On this day, the Court held a hearing on the motion at which Plaintiffs and Defendants in both consolidated cases appeared through counsel.

[1] The Honorable Robert Pitman referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(C) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 104.

As stated from the bench during the hearing, the Court **ORDERS** that Plaintiff Glass, Lewis & Co., LLC has until **October 16, 2026** to file a response to the motion for protective order, and that Defendant Ken Paxton, in his official capacity as Attorney General of Texas, has until **October 21, 2026** to file a reply, if any.

The Court **FURTHER ORDERS** that the Deposition of the Office of the Attorney General pursuant to Federal Rule of Civil Procedure 30(b)(6) and the deadline for Plaintiffs to supplement their motions for summary judgment are **STAYED** pending further order of the Court. The deadline for all other Rule 56(d) discovery remains October 20, 2026. Dkt. 99 in Case No. 1:25-cv-01153-ADA; Dkt. 112 in Case No. 1:25-cv-01160-ADA.

**SIGNED** on October 13, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE